Ryan M. Best, WSBA 33672
Best Law PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
Phone: (509) 624-4422
Fax: (509) 703-7957
Email: ryan.best@bestlawspokane.com

Troy Nelson
Randall Danskin, P.S.
601 W. Riverside Ave., #1500
Spokane, WA 99201
Phone: (509) 747-2052
Fax: (509) 624-2528
Email: tyn@randalldanskin.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD MC ELMURRY and EVA MC ELMURRY, INDIVIDUALLY and the marital community thereof,<br>        Plaintiff,<br><br>vs.<br><br>RUSSELL INGEBRITSON and JANE DOE INGEBRITSON INDIVIDUALLY, and the marital community thereof and AGENTS/ OWNERS OF INGEBRITSON and ASSOCIATES, A MINNESOTA ENITY,<br><br>        Defendants. | Case No.:<br><br>COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND<br><br>JURY DEMAND |

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 1

## I. SUMMARY

1.1 Russell Ingebritson missed the three-year statute of limitations by not filing Federal Employer's Liability Act (FELA hereafter) suit on behalf of his clients Edward McElmurry and Eva McElmurry after Edward McElmurry was injured while working for BNSF.

## II. PARTIES AND JURISDICTION

2.1 Edward McElmurry and Eva McElmurry are residents of Washington and live within the Eastern District of Washinton.

2.2 Russell and Jane Doe Ingebriston are residents of Minnesota.

2.3 Upon information and belief, Ingebretson and Associates is a Minnesota entity.

2.4 The underlying accident causing injury and Ingebritson's failure to file suit within the statue of limitations and other professional negligence occurred within Spokane County, Washington and within the Eastern District of Washington under 28 USC 1391 (b) making venue proper in the Fed. Dist. Ct. for Eastern District of Washington.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 2

2.5   Federal jurisdiction exists under 28 USC 1332 as all plaintiffs and defendants are citizens of different states and this matter in controversy exceeds $75,000 in value.

2.6   Plaintiffs special damages exceed $350,000, exclusive of attorney fees.

### III.   FACTS

<u>Facts Regarding Injury Accident/Malpractice</u>

3.1   On June 15, 2012 Edward McElmurry was an employee of BNSF Railroad.

3.2   On June 15, 2012 Edward McElmurry was injured while on the job.

3.3   Edward McElmurry was injured when the BNSF vehicle in which he was traveling in was rear-ended.

3.4   Edward McElmurry was 59 at the time of the accident.

3.5   Edward McElmurry began working for BNSF in 1991.

3.6   Edward McElmurry obtained an Associates Degree in electronics and his job at BNSF required him to install communications equipment.

3.7   Edward McElmurry was an electronic technician based out of Spokane, Washington.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 3

3.8 The week prior to the accident, BNSF had short staffed the Pasco yard.

3.9 When a job in Pasco was short staffed other employees from other areas were made to travel to Pasco to work on the job.

3.10 BNSF's common and frequent practice was to short staff the Pasco yard causing staffing problems and staffing shortages.

3.11 Edward McElmurry was ordered by his Foreman Cliff Anderson to drive to Pasco in the week preceding the June 15, 2012 accident.

3.12 BNSF had short staffed a project in Pasco in June of 2012.

3.13 BNSF had also assigned a new employee to the Pasco project.

3.14 BNSF assigning a new employee slowed the project requiring more employee travel from other locations.

3.15 Edward McElmurry was provided a 1997 BNSF Jeep Cherokee for a business vehicle.

3.16 Edward McElmurry was using his 1997 BNSF Jeep Cherokee for the return trip home from Pasco.

3.17 Edward McElmurry was "on the clock" during the drive home.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 4

3.18 It was Edward McElmurry's intent to get back to Spokane before 3:30 p.m. to avoid overtime.

3.19 Edward McElmurry's drive to Spokane from Pasco was uneventful until he neared Spokane.

3.20 Edward McElmurry was fully restrained and traveling in the outside lane of I-90 near the Cheney-Tyler exit.

3.21 The traffic in front of Edward McElmurry slowed due to an accident.

3.22 After Edward McElmurry slowed down for this accident he was struck from behind by a large SUV traveling at full highway speed.

3.23 Edward McElmurry was seriously injured in the accident.

3.24 The Jeep Cherokee that Edward McElmurry was driving did not have reflective tape on the back.

3.25 A few weeks after Edward McElmurry's accident reflective tape was placed on the rear of all communications vehicles and crew hauling vehicles.

3.26 Edward McElmurry asked Shala Garcia, the manager of the Spokane Telecommunications Department of BNSF if the reflective tape was in response to his accident.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 5

3.27 Shala Garcia stated that BNSF had been studying the application of reflective tape on the rear of its fleet of crew hauling vehicles prior to Mr. McElmurry's accident.

3.28 Edward McElmurry was aware that in the event a BNSF employee was injured on the job the injured employee has a claim against BNSF if BNSF failed to provide a safe workplace.

3.29 These claims are made under the Federal Employer's Liability Act or FELA.

3.30 Edward McElmurry's union recommended attorney Russell Ingebriston to assist with the FELA claim.

3.31 Edward McElmurry spoke to Mr. Ingebritson on the telephone in the October/November 2014 time frame.

3.32 Edward McElmurry was having problems with his knee and wrist from the accident and Mr. Ingebritson stated that he could pursue these claims on his behalf against BNSF.

3.33 Russell Ingebritson stated he would take Edward McElmurry's case on a contingence fee basis.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 6

3.34 With this statement, Edward McElmurry reasonably believed that Russell Ingebritson was acting as his attorney in the FELA claim.

3.35 In late 2014 Edward McElmurry handed a copy of a prior attorney's April 11, 2014 demand letter to Andrew Day of BNSF and demanded the full value of the FELA claim.

3.36 At the same time Edward McElmurry forwarded a copy of the demand letter to Mr. Ingebriston along with some of his medical records, per Mr. Ingebritson's request.

3.37 After Mr. McElmurry forwarded the copy of the demand and his medical records to Mr. Ingebriston, Mr. McElmurry had several telephone conversations with Mr. Ingebritson.

3.38 Edward McElmurry told Russell Ingebritson that he wanted him to pursue BNSF for the full value of his claim.

3.39 Edward McElmurry told several co-workers, including Ms. Garcia, that Russell Ingebritson was representing him on the FELA claim.

3.40 In subsequent conversation with Russell Ingebritson, he became aware that Edward McElmurry may have an additional claim against

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 7

BNSF relating to asbestosis. Mr. Ingebritson gave legal advice to Edward McElmurry on this additional claim as well.

3.41 In early December of 2014 Mr. Day asked Edward McElmurry to come into his office and give a statement for his FELA claim.

3.42 Edward McElmurry called Russell Ingebritson and was instructed by Russell Ingebriston not to give a statement to Mr. Day.

3.43 In response to Russell Ingebritson's legal advice and command, Edward McElmurry did not provide a statement.

3.44 In the Spring of 2015 Edward McElmurry had further conversations with Russell Ingebriston. Mr. McElmurry told Mr. Ingebritson about his ongoing problems with his knee and wrist from the accident.

3.45 Sometimes when Edward McElmurry called Russell Ingebritson he was responsive and other times it would take a long time for him to return the phone calls.

3.46 After December of 2014 Edward McElmurry believed based on Russell Ingebritson's conduct that he had a FELA claim and Mr. Ingebritson was representing him for that claim and was protecting the claim against the statute of limitations.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 8

3.47 Edward McElmurry believed that BNSF's actions of paying his medical bills related to the accident demonstrated that his FELA claim was active.

3.48 In June of 2015, Mr. Ingebritson failed to file a FELA court action, forfeiting ability to pursue BNSF for damages.

3.49 Edward McElmurry learned that Russell Ingebritson had allowed the statute of limitations to expire on his FELA claim.

3.50 Edward McElmurry also learned that not filing a complaint had the effects of not commencing a FELA claim within the proper statute of limitations.

## IV.   CAUSE OF ACTION – NEGLIGENCE

4.1 Plaintiffs re-allege paragraphs 1.1 through 3.50 as if pled verbatim herein.

4.2 Defendants' actions of providing legal advice and collecting medical treatment records resulted in Plaintiffs reasonably believing that Defendants were acting as his attorney in the FELA claim in the months prior to the statute of limitations.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 9

4.3 Defendants owed a duty to Plaintiffs to exercise reasonable care in providing legal services to Plaintiffs.

4.4 Defendants breached its duty by failing to fully investigate Mr. McElmurry's claim.

4.5 Defendants' breached its duty by not filing a FELA complaint within the applicable statute of limitation.

4.6 Plaintiffs' damages against defendants are for the full value of his FELA claim.

4.7 These acts occurred in the conduct of defendants' trade or commerce. The public interest has been affected by defendants conduct.

## V.    DAMAGES

5.1 Plaintiffs were damaged as a consequence of Defendant's legal malpractice.

5.2 Edward McElmurry was permanently damaged.

5.3 Edward McElmurry suffered spinal injuries related to the accident.

5.4 Edward McElmurry suffered wrist injuries in the accident.

5.5 Edward McElmurry incurred substantial medical expenses.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 10

5.6 As a result of the June 15, 2012 accident, Edward McElmurry was unable to return to work due to his injuries.

5.7 As a result of this accident Edward McElmurry has suffered substantial wage losses.

5.8 As a result of this accident Edward McElmurry is receiving reduced employment pension benefits through BNSF.

5.9 Edward McElmurry needs additional surgeries to address injuries from this accident.

5.10 Mrs. McElmurry incurred a reduction in spousal BNSF pension, and Social Security benefits as a result of this accident.

5.11 Edward McElmurry has incurred at least $342,297.77 in past wage losses since the accident.

5.12 Edward McElmurry continues to incur wage losses as he is unable to work due to his injuries.

5.13 Mrs. McElmurry has incurred a loss of consortium due to these of Edward McElmurry and the marital community has been harmed due to the accident on June 15, 2012.

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 11

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, jointly and severally, in such an amount under the circumstances of the case, as are just, equitable and proper in the premises, to include but not be limited to, the following:

1.    For judgment in favor of Plaintiff against each of the Defendants, jointly and severally, for all injuries and damages sustained by him in amounts to be proven at trial;

3.    For judgment in favor of Plaintiffs for reasonable costs and fees incurred herein; and

4.    For such other and further relief as the court deems just and proper.

BEST LAW, PLLC

*s/Ryan M. Best*
Ryan M. Best
Best Law PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
Telephone: (509) 624-4422
Email: ryan.best@bestlawspokane.com

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 12

1  RANDALL DANSKIN, P.S.
2
3  *s/Troy Nelson*
   Troy Nelson
4  Randall Danskin, P.S.
   601 W. Riverside Ave., #1500
5  Spokane, WA  99201
6  Phone: (509) 747-2052
   Fax: (509) 624-2528
7  Email: tyn@randalldanskin.com

24 COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 13

# **CERTIFICATE OF SERVICE**

I do hereby certify that on this _____th day of November, 2016, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECT System, which will send notification of such filing to the following:

        Ryan Best    bestlawpllc@bestlawspokane.com,
        ryan.best@bestlawspokane.com

        Troy Nelson   tyn@randalldanskin.com

I hereby certify that I caused the have mailed by Unites States Postal Service the document to the following non-CM/ECF participants:  NONE.

                                                      <u>   s/ Jackie Singleton   </u>
                                                      Jackie Singleton
                                                      Paralegal to Ryan M. Best

COMPLAINT FOR LEGAL MALPRACTICE- JURY DEMAND

BEST LAW PLLC
905 W. RIVERSIDE, STE. 409
SPOKANE, WA 99201
PHONE: (509) 624-4422
FAX: (509) 703-7957

JURY DEMAND - 14