FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD MC ELMURRY and EVA MC ELMURRY, INDIVIDUALLY and the martial community thereof;<br><br>    Plaintiffs,<br><br>    vs.<br><br>RUSSELL INGEBRITSON and JANE DOE INGEBRITSON, INDIVIDUALLY, and the marital community thereof and AGENTS/OWNERS OF INGEBRITSON AND ASSOCIATES, A MINNESOTA ENTITY,<br><br>    Defendants. | NO. 2:16-cv-00419-SAB<br><br>**ORDER RE: DISMISSAL** |

    Before the Court is the parties' Stipulation for Dismissal of All Claims with Prejudice, ECF No. 89. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

ORDER RE: DISMISSAL ~ 1

**Accordingly, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal of All Claims with Prejudice, ECF No. 89, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. The jury trial date is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, enter judgment and close the file.

**DATED** this 11th day of March 2019.



Stanley A. Bastian
United States District Judge

ORDER RE: DISMISSAL ~ 2