# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2019

SEAN F. McAVOY, CLERK

EDWARD MC ELMURRY, et al.

_____

*Plaintiff*

v.

RUSSELL INGEBRITSON, et al.

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:16-cv-00419-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulation for Dismissal of All Claims with Prejudice (ECF No. 89) is ACCEPTED and ENTERED into the
record.  This matter is DISMISSED with prejudice and without costs to any party.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Stanley A. Bastian _____ on a

Stipulation for Dismissal of All Claims with Prejudice (ECF No. 89).

Date:  3/11/2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____